*E-FILED: June 4, 2013*

| | |
|---|---|
| 1 | JAMES DAL BON, CA STATE BAR NO. 157942 |
| 2 | LAW OFFICE OF JAMES DAL BON |
|   | 95 S. MARKET ST., 3RD FLOOR |
| 3 | SAN JOSE, CA 95113 |
|   | TELEPHONE (408) 977-7710 |
| 4 | FACSIMILE (888) 868-8043 |
|   | JDB@WAGEDEFENDERS.COM |
| 5 | |
|   | ATTORNEYS FOR PLAINTIFF |
| 6 | |
| 7 | KURT E. WILSON, CA STATE BAR NO. 121163 |
|   | SWEENEY MASON WILSON & BOSOM |
| 8 | 983 UNIVERSITY AVE, # 104 C |
|   | LOS GATOS, CA 95030 |
| 9 | TELEPHONE (408) 356-3000 |
|   | KWILSON@SMWB.COM |
| 10 | |
|    | ATTORNEYS FOR DEFENDANTS |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON CARMONA and JOSE VELASQUEZ, | CASE NO. CV12-6445 |
| Plaintiff, | AMENDED NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| KHAN LE dba LEDANG INVESTMENT GROUP, LLC; LEDANG INVESTMENT GROUP, LLC., | |
| Defendants. | |

### NOTICE OF SETTLEMENT

Plaintiffs Roman Carmona and Jose Velasquez ("Plaintiffs") and Defendants Khan Le dba Ledang Investment Group, LLC; Ledang Investment Group, LLC, (collectively "Defendants"), by and through their respective attorneys of record, hereby notify the Court that parties have reached a settlement through informal settlement negotiations and request that the

above captioned action, including all claims, counterclaims, and affirmative defenses be dismissed with prejudice.

///

STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

WHEREAS, all that remains to be done in this case is the entry of an Order dismissing with prejudice the entire action;

THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. The Court should enter an Order dismissing with prejudice the entire action as to all parties.

Dated: May 29, 2013                SWEENEY, MASON, WILSON & BOSOMWORTH

                                   By _____
                                   KURT E. WILSON
                                   ATTORNEY FOR DEFENDANTS
                                   KHAN LE AND LEDANG
                                   INVESTMENT GROUP, LLC

Dated: May 29, 2013                LAW OFFICE OF JAMES DAL BON

                                   _____/s/ jdb_____
                                   JAMES DAL BON
                                   ATTORNEY FOR PLAINTIFFS
                                   ROMAN CARMONA AND JOSE
                                   VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON CARMONA and JOSE VELASQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> KHAN LE dba LEDANG INVESTMENT GROUP, LLC; LEDANG INVESTMENT GROUP, LLC., <br><br> Defendants. | CASE NO. CASE NO. CV12-6445 <br><br> ORDER |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
HONARABLE HOWARD R. LLOYD
United States Magistrate Judge