*E-FILED: June 4, 2013*

JAMES DAL BON, CA STATE BAR NO. 157942
LAW OFFICE OF JAMES DAL BON
95 S. MARKET ST., 3RD FLOOR
SAN JOSE, CA 95113
TELEPHONE (408) 977-7710
FACSIMILE (888) 868-8043
JDB@WAGEDEFENDERS.COM

ATTORNEYS FOR PLAINTIFF

KURT E. WILSON, CA STATE BAR NO. 121163
SWEENEY MASON WILSON & BOSOM
983 UNIVERSITY AVE, # 104 C
LOS GATOS, CA 95030
TELEPHONE (408) 356-3000
KWILSON@SMWB.COM

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON CARMONA and JOSE VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>KHAN LE dba LEDANG INVESTMENT GROUP, LLC; LEDANG INVESTMENT GROUP, LLC.,<br><br>Defendants. | CASE NO. CV12-6445<br><br>AMENDED NOTICE OF SETTLEMENT, AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

### NOTICE OF SETTLEMENT

Plaintiffs Roman Carmona and Jose Velasquez ("Plaintiffs") and Defendants Khan Le dba Ledang Investment Group, LLC; Ledang Investment Group, LLC.; (collectively "Defendants"), by and through their respective attorneys of record, hereby notify the Court that parties have reached a settlement through informal settlement negotiations and request that the

1 above captioned action, including all claims, counterclaims, and affirmative defenses be
2 dismissed with prejudice.
3 ///
4 **STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
5 WHEREAS, the parties have fully executed a Confidential Settlement Agreement and
6 Release of Claims;
7 WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;
8 WHEREAS, all that remains to be done in this case is the entry of an Order dismissing
9 with prejudice the entire action;
10 THEREFORE, THE PARTIES HEREBY STIPULATE THAT:
11     1.   The Court should enter an Order dismissing with prejudice the entire action as to
12 all parties.

14 Dated: May 29, 2013             SWEENEY, MASON, WILSON & BOSOMWORTH

16                                 By_____
                                    KURT E. WILSON
17                                  ATTORNEY FOR DEFENDANTS
                                    KHAN LE AND LEDANG
18                                  INVESTMENT GROUP, LLC

19 Dated: May 29, 2013             LAW OFFICE OF JAMES DAL BON

21                                 ___/s/ jdb_____
                                    JAMES DAL BON
22                                  ATTORNEY FOR PLAINTIFFS
                                    ROMAN CARMONA AND JOSE
23                                  VELASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON CARMONA and JOSE VELASQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> KHAN LE dba LEDANG INVESTMENT GROUP, LLC; LEDANG INVESTMENT GROUP, LLC., <br><br> Defendants. | CASE NO.  CASE NO.  CV12-6445 <br><br><br> ORDER |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
HONARABLE HOWARD R. LLOYD
United States Magistrate Judge